## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| | MDL No. 2873 |
| In re: Aqueous Film-Forming Foams (AFFF) Products Liability Litigation | This Document relates to *Weirton Area Water Board, et al., v. Heritage Thermal Services, Inc., et al.,* Case No. 5:25-cv-126-JPB (N.D.W. Va.) |

**DEFENDANT ARCWOOD ENVIRONMENTAL – EAST LIVERPOOL, INC. AND DEFENDANT ARCWOOD TRANSPORT, LLC'S JOINT MOTION TO TRANSFER TAG-ALONG ACTION *WEIRTON AREA WATER BOARD, ET AL. v. HERITAGE THERMAL SERVICES, INC., ET AL.,* TO THE *IN RE AFFF MDL***

Pursuant to Rules 6.1, 6.2, and 7.1(b)(i) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendants Arcwood Environmental – East Liverpool, Inc., and Arcwood Transport, LLC (collectively, "Arcwood")[1] by and through counsel, respectfully move for an Order transferring the matter of *Weirton Area Water Board, et al., v. Heritage Thermal Services, Inc., et al.,* Case No. 5:25-cv-126-JPB (N.D.W. Va.) to the United States District Court for the District of South Carolina for inclusion in MDL No. 2873. This Motion is supported by the accompanying Memorandum of Law and exhibits.

---

[1] Due to recent name changes, named-defendant Heritage Thermal Services, Inc. is now known as Arcwood Environmental – East Liverpool, Inc. Named-defendant Heritage Transport LLC is now known as Arcwood Transport, LLC.

1603161004.1

Dated: October 6, 2025

Respectfully Submitted,

*/s/ Travis L. Brannon*
Travis L. Brannon (WVSB # 12504)
K&L Gates LLP
K&L Gates Center 210 Sixth Avenue
Pittsburgh, PA 15222
Tel: (412) 355-7443
travis.brannon@klgates.com

Cy A. Hill, Jr. (WVSB #8816)
Jennifer A. Lynch  (WVSB #12140)
Eric T. Frye (WVSB #10770)
Cipriani & Werner PC
Laidley Tower
500 Lee Street East Suite 900
Charleston, WV 25301
Tel: (304) 341-0500
Fax: (304) 341-0507
Chill@c-Wlaw.Com
Jlynch@c-Wlaw.Com
Efrye@c-Wlaw.Com

*Counsel for Heritage Thermal Services, Inc.*
*n/k/a Arcwood Environmental – East*
*Liverpool, Inc. and Heritage Transport LLC,*
*n/k/a Arcwood Transport, LLC*

1603161004.1