## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: Aqueous Film-Forming Foams (AFFF)          MDL No. 2873
Products Liability Litigation

<u>SCHEDULE OF ACTION</u>

| Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|
| WEIRTON AREA WATER BOARD and CITY OF WEIRTON, WEST VIRGINIA | HERITAGE THERMAL SERVICES, INC.; HERITAGE TRANSPORT LLC; PRECISION FINNING & BENDING, INC.; ILLINOIS TOOL WORKS INC.; TRIVIUM PACKAGING USA INC.; NEWCHEM, LLC; DELTECH RESIN LLC; TITANIUM METALS CORPORATION; ERGON-WEST VIRGINIA, INC.; BALL CORPORATION; SONOCO PRODUCTS COMPANY; ARDAGH METAL PACKAGING USA CORP.; CHROME DEPOSIT CORPORATION; WALLOVER OIL COMPANY INCORPORATED; MESSER LLC; TRANSMONTAIGNE TERMINALING INC.; FX MINERALS PROCESSING, INC.; MARATHON PETROLEUM CORPORATION [terminated]; MARATHON PETROLEUM COMPANY LP; KENTAK PRODUCTS COMPANY; SEAFORTH MINERAL & ORE COMPANY, INC.; DACAR INDUSTRIES, INC.; PYRAMID OIL FIELD SERVICES LLC; AND MATEC INDUSTRIES, INC. | Northern District of West Virginia | 5:25-cv-126-JPB | Judge Preston Bailey |

Dated: October 6, 2025

Respectfully Submitted,

*/s/ Travis L. Brannon*
Travis L. Brannon (WVSB # 12504)
K&L Gates LLP
K&L Gates Center 210 Sixth Avenue
Pittsburgh, PA 15222
Tel: (412) 355-7443
travis.brannon@klgates.com

Cy A. Hill, Jr. (WVSB #8816)
Jennifer A. Lynch  (WVSB #12140)
Eric T. Frye (WVSB #10770)
Cipriani & Werner PC
Laidley Tower
500 Lee Street East Suite 900
Charleston, WV 25301
Tel: (304) 341-0500
Fax: (304) 341-0507
Chill@c-Wlaw.Com
Jlynch@c-Wlaw.Com
Efrye@c-Wlaw.Com

*Counsel for Heritage Thermal Services, Inc.
n/k/a Arcwood Environmental – East
Liverpool, Inc. and Heritage Transport LLC,
n/k/a Arcwood Transport, LLC*