IN RE: Aqueous Film-Forming Foams (AFFF)　　　　MDL No. 2873
Products Liability Litigation

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on

Multidistrict Litigation, I hereby certify that on October 6, 2025, copies of the foregoing were served

electronically on all counsel of record in the above-captioned matter via ECF.  I further certify that on

October 6, 2025, I electronically filed a copy of the forgoing in the following case in compliance with

Rule 4.1(b) of the United States Judicial Panel on Multidistrict Litigation.

I further certify that on October 6, 2025, I caused copies of the foregoing to be served on the

parties in the following case as indicated below.

***Weirton Area Water Board, et al., v. Heritage Thermal Services, Inc., et al.*, Case No. 5:25-cv-126-JPB (N.D.W. Va.)**

**By Mail**

Clayton J Fitzsimmons
Mark A. Colantonio
Robert P. Fitzsimmons
Fitzsimmons Law Firm, PLLC
1609 Warwood Ave
Wheeling, WV 26003
Tel: (304) 277-1700
Fax: (304) 277-1705
Clayton@fitzsimmonsfirm.Com
Mark@fitzsimmonsfirm.Com
Bob@fitzsimmonsfirm.Com

Daniel J. Guida
Guida Law Offices, PLLC
3374 Main St
Weirton, WV 26062
Tel: (304) 748-1213
Fax: (304) 748-1225
Guidalaw@comcast.Net

James L. Simpson
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor

1603182116.1

New York, NY 10017
Tel: (212) 397-1000
Fax: (646) 843-7603
Jsimpson@napolilaw.Com

Paul J. Napoli
Napoli Shkolnik PLLC
400 Broadhollow Drive Suite 305
Melville, NY 11747
Tel: (212) 397-1000
Fax: (646) 843-7606
Pnapoli@nsprlaw.Com

***Counsel for Plaintiffs, Weirton Area Water Board and City of Weirton, West Virginia***

Cy A. Hill, Jr.
Jennifer A. Lynch
Eric T. Frye
Cipriani & Werner PC
Laidley Tower
500 Lee Street East Suite 900
Charleston, WV 25301
Tel: (304) 341-0500
Fax: (304) 341-0507
Chill@c-Wlaw.Com
Jlynch@c-Wlaw.Com
Efrye@c-Wlaw.Com

***Counsel for Defendant, Heritage Thermal Services, Inc. n/k/a Arcwood Environmental- East Liverpool, Inc. and Heritage Transport LLC n/k/a Arcwood Transport, LLC***

Maximillian Nogay
William J. Ihlenfeld
Flannery Georgalis, LLC
P. O. Box 9
Wheeling, WV 26003
Tel: (304) 830-9071
Mnogay@flannerygeorgalis.Com
Wihlenfeld@flannerygeorgalis.Com

***Counsel for Defendant, Precision Finning & Bending, Inc.***

Charlotte A.H. Norris
West Virginia Post Office Box 2688 Huntington
Huntington, WV 25726
Tel: (304) 523-2100
Fax: (304) 523-2347

1603182116.1

Chn@jenkinsfenstermaker.Com

Robert H. Sweeney, Jr.
Jenkins Fenstermaker PLLC
325 8th Street
Huntington, WV 25701
Tel: (304) 523-2100
Fax: (304) 523-2347
Rhs@jenkinsfenstermaker.Com

Laura Kerr
Stoel Rives LLP
760 SW 9th Avenue, Suite 3000
Portland, OR 97205
Tel: (503) 294-9176
Laura.Kerr@stoel.Com

Maren Norton
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Tel: (206) 386-7607
Maren.Norton@stoel.Com

***Counsel for Defendant, Titanium Metals Corporation***

Christopher B. Wilson
Spencer A. Gottlieb
Perkins Coie LLP
110 N. Wacker Drive, Suite 3400
Chicago, IL 60606
Tel: (312) 324-8400
Fax: (312) 324-9400
Cwilson@perkinscoie.Com
Sgottlieb@perkinscoie.Com

Brandon M. White
LeAnn Johnson Koch
Perkins Coie LLP
700 13th Street NW Suite 600
Washington, DC 20005
Tel: (202) 654-6206
Fax: (202) 654-6211
Bmwhite@perkinscoie.Com
Leannjohnson@perkinscoie.Com

***Counsel for Defendant, Ergon- West Virginia, Inc.***

Patrick S. Casey
Casey & Chapman, PLLC
1140 Chapline Street
Wheeling, WV 26003
Tel: (304) 231-2405
Fax: (866) 296-2591
Pscasey@cclawpllc.Com

**Counsel for Defendant, Sonoco Products Company**

Amy S. Berg
Brent W. Huber
Ice Miller, LLP
One American Square, Suite 2900
Indianapolis, IN 46282
Tel: (317) 236-2247
Fax: (317) 236-2219
Amy.Berg@icemiller.Com
Brent.Huber@icemiller.Com

Marc E. Williams
Nelson Mullins Riley & Scarborough LLP
PO Box 1856
949 Third Avenue, Suite 200
Huntington, WV 25719
Tel: (304) 526-3501
Fax: (304) 526-3541
Marc.Williams@nelsonmullins.Com

**Counsel for Defendant, Chrome Deposit Corporation**

Jeffrey A. Kimble
Robinson & McElwee, PLLC - Clarksburg
PO Box 128
Clarksburg, WV 26302-0128
Tel: (304) 622-5022
Fax: (304) 622-5065
Jak@ramlaw.Com

**Counsel for Defendant, Wallover Oil Company Incorporated**

Arianna Webb
Clifford F Kinney, Jr
Spilman Thomas and Battle, PLLC
300 Kanawha Blvd E
Charleston, WV 25301

1603182116.1

Tel: (304) 340-3865; (304) 340-3844
Awebb@spilmanlaw.Com
Ckinney@spilmanlaw.Com

Niall A Paul
Spilman Thomas and Battle, PLLC
PO Box 273
Charlston, WV 25301
Tel: (304) 340-3874
Fax: (304) 340-3801
Npaul@spilmanlaw.Com

**Counsel for Defendant, Messer LLC**

Benjamin R Wilson
Justin Kadoura
Holland & Knight LLP
1650 Market Street Suite 310
Philadelphia, PA 19103
Tel: (212) 252-9600
Benjamin.Wilson@hklaw.Com
Kadoura@hklaw.Com

Lindsey M. Sadd
Lauren Motes
Dinsmore & Shohl, LLP
215 Don Knotts Blvd. Ste 310
Morgantown, WV 26501
Tel: (304) 296-1100
Fax: (304) 296-6116
Lauren.Motes@dinsmore.Com
Lindsey.Saad@dinsmore.Com

**Counsel for Defendant, TransMontaigne Operating GP, LLC**

Michelle L. Gorman
Lewis Brisbois Disgaard & Smith, LLP
3054 Pennsylvania Avenue
Weirton, WV 26062
Tel: (304) 224-2006
Fax: (304) 224-2263
Michelle.Gorman@lewisbrisbois.Com

**Counsel for Defendant, Marathon Petroleum Company LP [Marathon Petroleum Corporation terminated]**

Erik A. Schramm, Sr.
Erik A. Schramm, Jr.

Kyle W. Bickford
Hanlon, Duff, Estadt, McCormick & Schramm Co., LPA
46457 National Rd., West
St. Clairsville, OH 43950
Tel: (740) 695-1444
Fax: (740) 695-1563
Eschrammjr@ohiovalleylaw.Com
Hems@ohiovalleylaw.Com
Bickford.Kyle@gmail.Com

*Counsel for Defendant, Kentak Products Company*

**The following parties are not currently represented by counsel. These parties have been served via certified mail at their last known address:**

**Illinois Tool Works, Inc.**
155 Harlem Ave
Glenview, Illinois, 60025-4075

**Ball Corporation**
9200 W 108Th Cir
Westminster, Colorado, 80021-3691

**Ardagh Metal Packaging USA Corp.**
8770 W Bryn Mawr Ave Fl 8
Chicago, Illinois, 60631-3515, United States

**FX Minerals Processing, Inc.**
257 Kennedy Park Marina Rd
Newell, West Virginia, 26050-1368, United States

**NEWCHEM, LLC**
1050 Walnut Ridge Drive
Hartland, WI 53029

**Trivium Packaging USA Inc**
10255 W Higgins Rd Ste 100
Rosemont, Illinois, 60018-5608

**Deltech Resin, LLC**
Deltech Corporate Office
8550 United Plaza Blvd
Suite 402
Baton Rouge, LA 70809

**Seaforth Mineral & Ore Company, Inc.**
3690 Orange Pl Ste 495
Beachwood, Ohio, 44122-4465

**Dacar Industries, Inc.**
1007 McCartney Street

Pittsburgh PA 15220

**Pyramid Oil Field Services LLC**
7360 STATE ROUTE 45
LISBON, OH 44432 US

**Matec Industries, Inc.**
Villa Avenue 206,
High Point, NC 27260


Dated: October 6, 2025

Respectfully Submitted,

*/s/ Travis L. Brannon*
Travis L. Brannon (WVSB # 12504)
K&L Gates LLP
K&L Gates Center 210 Sixth Avenue
Pittsburgh, PA 15222
Tel: (412) 355-7443
travis.brannon@klgates.com

Cy A. Hill, Jr. (WVSB #8816)
Jennifer A. Lynch  (WVSB #12140)
Eric T. Frye (WVSB #10770)
Cipriani & Werner PC
Laidley Tower
500 Lee Street East Suite 900
Charleston, WV 25301
Tel: (304) 341-0500
Fax: (304) 341-0507
Chill@c-Wlaw.Com
Jlynch@c-Wlaw.Com
Efrye@c-Wlaw.Com

*Counsel for Heritage Thermal Services, Inc.*
*n/k/a Arcwood Environmental – East*
*Liverpool, Inc. and Heritage Transport LLC,*
*n/k/a Arcwood Transport, LLC*

1603182116.1