# EXHIBIT 4

| Case | Water Supply | Water System | Water Treatment Facility | Well and Intake Facility | Alleged AFFF Contamination |
|---|---|---|---|---|---|
| *Weirton I*[1] | Ohio River. *Weirton I* Amend. Compl. ¶¶ 83–84, 86. | "Plaintiffs own and operate a public water system that serves Weirton and the surrounding areas of West Virginia, including Brooke County, West Virginia (the '**Weirton Water System'**), and Plaintiffs are responsible for the supervision, management, control and operation of the Weirton Water System." *Id.* ¶ 3 (emphasis added). | "Water from these water sources is combined and treated at the Weirton Water System's treatment plant located at 3031 Birch Drive, **Brooke County**, **West Virginia**." *Id.* ¶ 84 (emphasis added). | "The water sources that comprise part of the Weirton Water System are an **intake on the Ohio River** and the Ramey Well, **a groundwater collector well** on the bank of the **Ohio River**." *Id.* ¶ 83 (emphasis added). | Yes. *See, e.g.,* Compl. ¶¶ 133-140, 152.[2] |
| *Weirton II*[3] | Ohio River. *Weirton II* Compl. ¶¶ 63, 66. | "Plaintiffs own and operate a public water system that serves Weirton and the surrounding areas of West Virginia (the '**Weirton Water System'**). . . . Plaintiffs are responsible for | "Water from these water sources is combined and treated at the Weirton Water System's treatment plant located at 3031 Birch Drive, **Brooke** | "The water sources that comprise part of the Weirton Water System are an i**ntake on the Ohio River** and the Ranney Well, **a groundwater collector** | Yes. *See, e.g.,* Compl. ¶¶ 111-118, 128.[4] |

---

[1] *Weirton Area Water Board and City of Weirton, West Virginia v. 3M Co., et al.,* Case No. 5:20-cv-102-JPB (N.D.W. Va.). Following transfer, case was given MDL Case No. 2:21-cv-793-RMG (D.S.C.). The *Weirton I* Amended Complaint is attached as **Exhibit 2**.

[2] *See Weirton I* Amend Compl. ¶ 139 ("On information and belief, the Manufacturing Defendants designed, manufactured, marketed, distributed, and/or sold PFAS and/or products containing PFAS, **including AFFF**, which were discharged into the environment **in and around Weirton, West Virginia** during fire protection, training, and response activities, resulting in widespread PFAS contamination.") (emphasis added).

[3] *Weirton Area Water Board and City of Weirton, West Virginia v. Corteva et al.*, Case No. 1:21-cv-343 (D. Del.). Following transfer, case was given MDL Case No. 2:21-cv-1064-RMG (D.S.C.). The *Weirton II* Complaint is attached as **Exhibit 3**.

[4] *See Weirton II* Compl. ¶ 117 ("On information and belief, the Defendants designed, manufactured, marketed, distributed, and/or sold PFAS and/or products containing PFAS, including AFFF, which were discharged into the environment in and around Weirton, West Virginia during fire protection, training, and response activities, resulting in widespread PFAS contamination.").

| Case | Water Supply | Water System | Water Treatment Facility | Well and Intake Facility | Alleged AFFF Contamination |
|---|---|---|---|---|---|
| | | the supervision, management, control and operation of the Weirton Water System." *Id.* ¶¶ 3, 5 (emphasis added). | **County, West Virginia.**" *Id.* ¶ 64 (emphasis added). | **well** on the bank of the **Ohio River.**" *Id.* ¶ 63 (emphasis added). | |
| *Weirton III*[5] | Ohio River. *Weirton III* Compl. ¶¶ 2, 201. | "Plaintiffs own and/or operate a municipal public waterworks system which consists of, inter alia, the Water Sources, the Weirton Water Treatment Plant, reservoir, water tanks, distribution lines, booster stations, and all appurtenant facilities and properties (collectively **the 'Water System'**)." *Id.* ¶ 12 (emphasis added). | "Plaintiffs own and/or operate a water treatment plant located in **Brooke County, West Virginia** (the 'Weirton Water Treatment Plant'), which utilizes as its water sources an intake located in the Ohio River in Brooke County and a well located near the Ohio River in Brooke County (the 'Water Sources'). Plaintiffs draw and treat water from the Water Sources and then provide the water as drinking water to Plaintiffs' customers." *Id.* ¶ 2 (emphasis added). | "Plaintiffs own and/or operate a water treatment plant located in Brooke County, West Virginia (the 'Weirton Water Treatment Plant'), which utilizes as its water sources an **intake located in the Ohio River** in Brooke County and a **well located near the Ohio River** in Brooke County (the 'Water Sources')." *Id.* ¶ 2 (emphasis added). | No |

[5] *Weirton Area Water Board and City of Weirton, West Virginia v. Heritage Thermal Services, Inc., et al.*, Case No. 5:25-cv-126-JPB (N.D.W. Va.). The *Weirton III* Complaint is attached as **Exhibit 1**.

Dated: October 6, 2025

Respectfully Submitted,

/s/ Travis L. Brannon
Travis L. Brannon (WVSB # 12504)
K&L Gates LLP
K&L Gates Center 210 Sixth Avenue
Pittsburgh, PA 15222
Tel: (412) 355-7443
travis.brannon@klgates.com

Cy A. Hill, Jr. (WVSB #8816)
Jennifer A. Lynch  (WVSB #12140)
Eric T. Frye (WVSB #10770)
Cipriani & Werner PC
Laidley Tower
500 Lee Street East Suite 900
Charleston, WV 25301
Tel: (304) 341-0500
Fax: (304) 341-0507
Chill@c-Wlaw.Com
Jlynch@c-Wlaw.Com
Efrye@c-Wlaw.Com

*Counsel for Heritage Thermal Services, Inc.
n/k/a Arcwood Environmental – East
Liverpool, Inc. and Heritage Transport LLC,
n/k/a Arcwood Transport, LLC*